United States District Court
Southern District of Texas
**ENTERED**
May 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KENDRICK TYRON PERRY, SR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | 3:24-cv-21 |
| | § | |
| LOCKHART, MORRIS & MONTGOMERY, INC., *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On February 26, 2024, all pretrial matters in this case were referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 34. Judge Edison filed a memorandum and recommendation on April 26, 2024, recommending that defendant Lockhart, Morris & Montgomery, Inc.'s motion to dismiss and defendant Trans Union LLC's motion to dismiss be granted. *See* Dkt. 85.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1)  Judge Edison's memorandum and recommendation (Dkt. 85) is approved and adopted in its entirety as the holding of the court;

(2)  Defendant Lockhart, Morris & Montgomery, Inc.'s motion to dismiss and defendant Trans Union LLC's motion to dismiss (Dkts. 73, 76) are granted; and

(3)  This case is dismissed. A final judgment will be entered separately.

SIGNED on Galveston Island this 15th day of May, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE