United States District Court
Southern District of Texas
**ENTERED**
May 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KENDRICK TYRON PERRY, SR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | 3:24-cv-21 |
| | § | |
| LOCKHART, MORRIS & MONTGOMERY, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the court's order adopting Magistrate Judge's memorandum and recommendation, it is ordered that this matter is dismissed.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.

SIGNED on Galveston Island this 15th day of May, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE